IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BALVIR BISLA,

    Plaintiff,                              No. CIV S-12-1551 KJM GGH PS

    vs.

GEORGE TELLIS,

    Defendant.                             <u>ORDER</u>

_____/

            On June 21, 2012, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

            The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

1     Accordingly, IT IS ORDERED that the Findings and Recommendations filed June 21, 2012, are ADOPTED and

    1. This action is remanded to the Yolo County Superior Court;

    2. The Clerk is directed to serve a certified copy of this order on the Clerk of the Yolo County Superior Court, and reference the state case number (UD 12-479) in the proof of service; and

    3. The Clerk is directed to close this case.

DATED: August 28, 2012.

_____
UNITED STATES DISTRICT JUDGE